**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JORGE RODRIGUEZ-LOPEZ,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orleans Field Office,<br><br>Respondent. | ) | No. 2:26-03561-SHL-atc |

**ORDER SETTING EVIDENTIARY HEARING FOR DECEMBER 1, 2026**

On November 16, 2026, Petitioner Jorge Rodriguez Lopez filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the lawfulness of his continued immigration-related detention. (ECF No. 1.) The next day, an Order Staying Transfer and Requiring Response was entered. (ECF No. 4.) There, Respondent was ordered not to transfer Petitioner out of the Western District of Tennessee during the pendency of his Petition. (Id. at PageID 18.) Despite that Order, on or about November 19, Respondent transferred Petitioner to Jackson Parish Correctional Center in Louisiana. (ECF No. 8 at PageID 25.)

On November 20, Petitioner filed an Emergency Motion to Compel Compliance, Set a Telephonic Hearing on the Merits, and for Sanctions, notifying the Court that Petitioner was scheduled to be deported to El Salvador on Saturday, November 21. (ECF No. 8.) Also on November 20, Respondent filed its Response to the Order Staying Transfer and Requiring Response, contending that Petitioner had signed a voluntary departure agreement, and is thus lawfully detained under 8 C.F.R. § 240.25. (ECF No. 11 at PageID 43.) However, on November 22, Petitioner replied, arguing that the agreement is invalid because it was executed by an ICE

officer who lacked authority to execute it. (ECF No. 12 at PageID 54.) Additionally, in the Reply, Petitioner purports to exercise his unilateral right to revoke the agreement, and argues that he did not knowingly and voluntarily enter into the agreement. (Id.)

Petitioner seeks an evidentiary hearing to show why the voluntary departure agreement is invalid. (Id.) Thus, the Emergency Motion at ECF No. 8 is **GRANTED** to the extent Petitioner seeks a hearing. The hearing is hereby **SET** for **TUESDAY, DECEMBER 1, 2026, at 3:30 PM**, and will take place via Teams video conference.

Additionally, the Order Staying Transfer remains in place. Thus, while Petitioner's Petition is pending, he shall not be transferred or deported. To the extent Respondent has violated that Order, he shall return Petitioner to the Western District of Tennessee.

**IT IS SO ORDERED,** this 23rd day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE